Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Rebecca Kastner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA KASTNER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VMWARE, INC. WELFARE BENEFIT PLAN; UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 5:21-cv-05355-LHK<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE;** [PROPOSED] **ORDER** |

To the Honorable Lucy H. Koh:

IT IS HEREBY STIPULATED, by and between Plaintiff REBECCA KASTNER and Defendants VMWARE, INC. WELFARE BENEFIT PLAN and UNITEDHEALTHCARE INSURANCE COMPANY, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: December 31, 2021     KANTOR & KANTOR, LLP

By: /s/ *Elizabeth K. Green*
Elizabeth K. Green
Attorneys for Plaintiff
Rebecca Kastner

Dated: December 31, 2021     WALRAVEN & WESTERFELD, LLP

By: /s/ *Bryan S. Westerfeld*
Bryan S. Westerfeld
Attorneys for Defendants
VMware, Inc. Welfare Benefit Plan and
UnitedHealthcare Insurance Company

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Elizabeth K. Green hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

## [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs. The Clerk shall close the file.

DATED: 1/4/2022

*Lucy H. Koh*
Lucy H. Koh
United States District Court Judge